# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| CLEARWATER INSURANCE COMPANY and EVEREST REINSURANCE COMPANY, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) CASE NO. 4:16CV195 HEA ) |
| THE DOE RUN RESOURCES CORPORATION f/k/a ST. JOE MINERALS CORPORATION, AIU INSURANCE COMPANY, FIRST STATE INSURANCE COMPANY, GOVERNMENT EMPLOYEES INSURANCE COMPANY, NORTHBROOK INSURANCE COMPANY, and ZURICH INSURANCE COMPANY, | ) ) ) ) ) ) ) ) |
| Defendants. | ) |

## OPINION, MEMORANDUM AND ORDER

This matter is before the Court on Defendant the Doe Run Resources Corporation's ("Doe Run") Motion to Dismiss Northbrook Insurance Company's Amended Cross-Claim and AIU Insurance Company's First Amended Cross-Claim, [Doc. No. 233], and Motion to Dismiss First State's Amended Cross-Claims, [Doc. No. 241]. The respective parties have filed oppositions to these motions. The Motions will be denied.

On March 3, 2017 and June 11, 2018, the Court entered its Opinion, Memorandum and Orders addressing the issues that are raised in the current

Motions. For the reasons previously set forth in those Orders, the Motions are again denied.

Accordingly,

**IT IS FURTHER ORDERED** that Doe Run's Motion to Dismiss Northbrook Insurance Company's Amended Cross-Claim and AIU Insurance Company's First Amended Cross-Claim, [Doc. No. 233], is **denied**;

**IT IS FURTHER ORDERED** that Doe Run's Motion to Dismiss First State's Amended Cross-Claims, [Doc. No. 241], is **denied**.

Dated this day 13th of March, 2019.

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE